[No. 33571-9-II. Division Two. July 24, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL BRUCE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 04-1-00010-4, E. Thompson Reynolds, J., entered July 14, 2005. *Affirmed in part, reversed in part, and remanded* by unpublished opinion per Houghton, C.J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 34350-9-II. Division Two. July 24, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD RAY BETTS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-03534-3, Rosanne Buckner, J., entered January 27, 2006. *Affirmed in part, reversed in part, and remanded* by unpublished opinion per Van Deren, A.C.J., concurred in by Bridgewater, J.; Quinn-Brintnall, J., concurring in the result only.

[No. 34355-0-II. Division Two. July 24, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MARC W. RAILSBACK, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-01472-5, James E. Rulli, J., entered January 10, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Armstrong and Hunt, JJ.

[No. 34561-7-II. Division Two. July 24, 2007.]

THE STATE OF WASHINGTON, *Appellant*, v. GREGORY LAMMAR LEVINGSTON, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-1-01752-8, Russell W. Hartman, J., entered February 10, 2006. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Van Deren, J.; Quinn-Brintnall, J., concurring separately.